UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No. 14-20017-CR-WILLIAMS

UNITED STATES OF AMERICA

    Plaintiff,

vs

CHRISTIAN RAMIREZ

    Defendant.

_____/

## ORDER

THIS MATTER came before the Court upon Defendant's *pro se* Motion For Reduction of Sentence Pursuant to 18 U.S.C. §3582(c)(2), [D.E.#1539]. The Court has considered the motion, the response from the Government, and the record. The Court finds that the defendant is not entitled to a reduction pursuant to 18 U.S.C. §3582(c)(2). Accordingly it is ORDERED AND ADJUDGED that the motion is DENIED.

DONE AND ORDERED in Miami, Florida, this 15 day of July 2018.

KATHLEEN M. WILLIAMS
United States District Judge

Copy to:
**Christian Ramirez**
02430-104
Williamsburg
Federal Correctional Institution
Inmate Mail/Parcels
Post Office Box 340
Salters, SC 29590